1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6758
7      Facsimile: (415) 436-6753
       E-Mail: wilson.leung@usdoj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA        )     No. 4-12-MJ-70425-MAG
                                     )
15       v.                         )
                                     )     STIPULATION AND ORDER
16  DONALD MILLS,                    )     DOCUMENTING WAIVER
                                     )
17       Defendant.                  )
                                     )
18  _____      )

19       With the agreement of the parties, and with the consent of the defendant, the Court enters

20  this order vacating the preliminary hearing date of May 23, 2012, setting a new preliminary

21  hearing date for June 6, 2012, at 9:30 a.m., before the duty magistrate judge, extending the time

22  for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding time

23  under the Speedy Trial Act to June 6, 2012.  The parties agree and stipulate, and the Court finds

24  and holds, as follows:

25       1.      The defendant, Donald Mills, was charged in a complaint dated April 17, 2012,

26  with one count of conspiring to distribute heroin, in violation of 21 U.S.C. § 846, one count of

27  distribution of heroin, in violation of 21 U.S.C. § 841(a)(1), and being a felon in possession of a

28  firearm, in violation of 18 U.S.C. § 922(g).  Mills was arrested and subsequently presented to the

1  Court on or about April 23, 2012.  John Paul Reichmuth, Esq., was appointed to represent Mills.

2  Mills was ordered detained pending trial.

3        2.      On May 4, 2012, due to a conflict, Mr. Reichmuth withdrew as counsel and

4  Suzanne M. Morris, Esq., was appointed to represent Mills.  Since Ms. Mills's appointment, the

5  parties have been trying to resolve this matter prior to the filing of indictment.  These

6  discussions, however, especially in light of Ms. Morris's recent appearance in this case, will

7  require more time than the presently-scheduled May 23, 2012 preliminary hearing allows.

8  Accordingly, the parties respectfully requests that the May 23, 2012 preliminary hearing be

9  continued until June 6, 2012.

10        3.      Taking into the account the public interest in the prompt disposition of criminal

11  cases, the above-stated ground is good cause for extending the time limit for a preliminary

12  hearing under Federal Rule of Criminal Procedure 5.1, for the filing period for an indictment,

13  and for excluding time under the Speedy Trial Act.  Failure to grant the continuance would deny

14  the defense time for effective preparation and representation by seeking disposition of this matter

15  prior to indictment on agreed-upon terms.

16        4.      Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the

17  May 23, 2012 preliminary hearing date and extends the time for a preliminary hearing until June

18  6, 2012, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period from today

19  until June 6, 2012 be excluded from the time period for preliminary hearings under Federal Rule

20  of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161.

21  SO STIPULATED:

22

23  DATED: May 21, 2012            /s/

                                  SUZANNE M. MORRIS, ESQ.

24                                    Attorney for DONALD MILLS

25

26  DATED: May 21, 2012            /s/

                                  W.S. WILSON LEUNG

27                                    Assistant United States Attorney

28  //

-3-

1

2   IT IS SO ORDERED.

3
    DATED: May 21, 2012
4
                                              HON. DONNA M. RYU
                                              United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28