SUZANNE M. MORRIS, State Bar No. 239324
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: 415/513-5605
Facsimile: 415/683-3176

Attorney for Defendant DONALD MILLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4-12-MJ-70425 |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | ~~**PROPOSED**~~ **ORDER** |
| v. | ) | **RESETTING BOND HEARING** |
| | ) | |
| DONALD MILLS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

With the agreement of the parties, the Court enters this order vacating the bond hearing date of July 2, 2012, setting a new bond hearing date of July 27, 2012, at 9:30 a.m., before Magistrate Judge Kandis A. Westmore.

SO STIPULATED:

Date: July 1, 2012        /s/ Suzanne M. Morris        .
                          Suzanne M. Morris
                          Counsel for Donald Mills

Date: July 1, 2012        /s/ W.S. Wilson Leung        .
                          W.S. Wilson Leung
                          Assistant United States Attorney

IT IS SO ORDERED:         _____
                          HON. KANDIS A. WESTMORE
                          United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER RESETTING BOND HEARING
No. CR 4-12-MJ-70425